UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                                      Case No. 15-53215-wsd
                                                            Chapter 13
HUSSEIN A. HURAIBI,                                         HON. Walter Shapero

                Debtor.
_____/

## NOTICE OF APPEARANCE
## AND REQUEST FOR NOTICE

      PLEASE TAKE NOTICE that the undersigned has entered his appearance on behalf of the United States and the U.S. Small Business Administration in the above-entitled case.

Pursuant to Bankruptcy Rule 2002(j), the undersigned hereby requests that copies of any and all notices required to be mailed to all creditors under the aforesaid rule shall be mailed to:

| | |
|---|---|
| Kevin R. Erskine | Mark T. Sophiea |
| Assistant U.S. Attorney | Assistant District Counsel |
| US Attorney's Office | U.S. Small Business Administration |
| 211 W. Fort Street, Suite 2001 | 515 McNamara Building |
| Detroit, Michigan 48226 | Detroit, Michigan 48226 |

BARBARA L. MCQUADE
United States Attorney

/s/Kevin R. Erskine
KEVIN R. ERSKINE
Assistant U.S. Attorney
211 W. Fort Street, Suite 2001
Detroit, Michigan 48226
Dated: February 4, 2016
Phone: (313) 226-9610
Email: kevin.erskine@usdoj.gov
P69120